## ELAINE SCHRATWIESER ET AL. *v.* HARTFORD CASUALTY INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 754 (AC 15887), is denied.

CALLAHAN, C. J., and MCDONALD, J., did not participate in the consideration or decision of this petition.

*Philip F. von Kuhn,* in support of the petition.

*Seth J. Arnowitz,* in opposition.

Decided June 5, 1997

## HOPE'S ARCHITECTURAL PRODUCTS, INC. *v.* FOX STEEL COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 759 (AC 15504), is denied.

*Richard F. Wareing,* in support of the petition.

Decided June 5, 1997

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 764 (AC 13525), is denied.